UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Peter & Paulina Noteman : Chapter 13

Debtor : Bky No. 25-12037-djb

<u>Application for
Compensation and Reimbursement of Expenses</u>

Lawrence S. Rubin, attorney for the debtor hereby applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant was counsel for the debtor until 9/9/25.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on 5/22/25.

3. The debtor's annualized current monthly income as set forth on Form B22C is above median (the amount on line 15 is not less than the amount on line 16)

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an approval of compensation of $5335.00 for providing the following services: See attached time explanation, marked Exhibit "A".

6. Applicant was discharged as attorney for the debtor on 9/9/25 without cause.

7. Applicant's retainer agreement provides that in the event that client discharges attorney, client agrees to pay attorney at his hourly rate, which was $400 an hour. A copy of the agreement is attached hereto as Exhibit "B."

8. Applicant has calculated all the time spent on this case and it comes to a total of $6,240. Applicant believes, however, that he is only entitled to what was disclosed on his. 2016(b) disclosure.

**Lawrence S. Rubin
Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com

9. Applicant does not requests reimbursement of expenses.

10. The debtor paid Applicant $2,000.00 prior to the filing of the petition.

11. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "C."

12. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests approval of $5,335.00 in compensation.

        **s/Lawrence S. Rubin, Esquire**
Lawrence S. Rubin, Esquire
Attorney for Debtor
337 West State Street
Media, PA 19063
Phone No: (610) 565-6660
Fax No: (610) 565-1912

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com