# Exhibit "A"

# Lawrence S. Rubin, Attorney

www.pennlawyer.com
337 W. State Street
Media, PA 19063-2615
610-565-6660
Fax: 610-565-1912

Statement #6365  lrubin@pennlawyer.com

Peter Noteman

November 5, 2025
In re:

Professional Services

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/5/2025 | off. conference<br>initial meeting and consultation; signed fee agreement; explanation of various remedies in bankruptcy; client chooses chapter 13. Extensive discussion of means and consequences. Clients wish to file jointly. Discussion about avoidable transfers. | 1.50 | |
| | research<br>online research at ROD determination of RE status | 0.40 | |
| 5/16/2025 | off. conference<br>office conference with h/w. Further discussions about consequences of filing and what to expect with plan. General discussions about income paid into plan and taxes. | 1.00 | |
| | email correspondence<br>several emails from client | 0.10 | |
| 5/18/2025 | email correspondence<br>email from client regarding home valuation | 0.10 | |
| 5/19/2025 | email correspondence<br>email from client regarding exemptions | 0.10 | |
| 5/20/2025 | email correspondence<br>several emails from client. client wrote: I looked through the document you printed out for me in detail after our last meeting. I identified some areas that need minor updates/corrections.<br>client requests further meeting in office. | 0.20 | |
| 5/21/2025 | off. conference<br>further conference about consequences of filing in office. Preparation of schedules. Prep of plan. Review of bankruptcy petition, schedules and plan in office. client suggests corrections and changes. Revisions to schedules. Phone calls and follow-up. | 1.50 | |
| 5/22/2025 | misc. bky.<br>final check review. Generate bky documents and e-file. | 0.20 | |
| | email correspondence<br>client needs explanation as to payment scheduling, when t'ee payments are due He asks what a pay advice is . Explained more about the system and payment scheduling with TFS. | 0.20 | |

|  |  | Hours | Amount |
|---|---|---:|---:|
| 5/22/2025 | email correspondence | 0.10 | |
| | client emails again about pay advices and needs more explanation. | | |
| 5/23/2025 | email correspondence | 0.10 | |
| | email from client asking for an explanation as to exemptions. responded with statutory references | | |
| | email correspondence | 0.10 | |
| | client wants to know about starting plan payments again. | | |
| 5/28/2025 | email correspondence | 0.50 | |
| | client sent a long 10 paragraph email regarding his income for the prior 3 years and tax filing while in this case. He wanted to know specifics about tax liability and any arrangements with the IRS. Responded but told him I would only handle the bky aspects. Further confidential advice given. client seemed happy with advice. | | |
| 6/1/2025 | email correspondence | 1.00 | |
| | email correspondence from client regarding his tax liability | | |
| 6/11/2025 | email correspondence | 0.30 | |
| | long email from client regarding his mortgage and his Jeep and how the bankruptcy will treat them. Inquiries about getting help from a friend. Response provided to client | | |
| 6/12/2025 | email correspondence | 0.10 | |
| | client provided tax returns; review of returns. | | |
| | email correspondence | 0.10 | |
| | client sends email about his first pay. Questions regarding breakdown. response | | |
| | email correspondence | 0.10 | |
| | client has questions about Rocket Mortgage. Wants to know about mortgage mod and loss mitigation. | | |
| | email correspondence | 0.10 | |
| | client again has pay advice questions. | | |
| 6/16/2025 | email correspondence | 0.10 | |
| | client needs consultation about loan modification. Asks about payments that needs to be made. Discussions about effect on plan. | | |
| 6/17/2025 | email correspondence | 0.30 | |
| | Client wishes consultation about his loan modification. Wants me to write to loss mitigation at Rocket Mortgage. I write letter to Rocket Mortgage. | | |
| 6/18/2025 | email correspondence | 0.10 | |
| | client wants me to rewrite part of the letter. | | |
| | email correspondence | 0.20 | |
| | client has questions about the POC for the vehicle. response to client | | |
| 6/24/2025 | email correspondence | 0.10 | |
| | client again wants changes to loss mit letter | | |
| 7/7/2025 | email correspondence | 0.20 | |
| | client is writing about TFS payments and he and wife are asking about 341. I had previously given them written questions from t'ees office and told them about the meeting however, they ask for an appointment to gove over this once again. | | |
| 7/8/2025 | Review | 0.40 | |
| | plan objection review. Discussions with client | | |

|  |  | Hours | Amount |
|---|---|---:|---:|
| 7/9/2025 | email correspondence | 0.20 |  |
|  | discussion about changes to the plan and timing of payments.  Questions about Rocket Mortgage objection.  Client wants to discuss what I mean by "next month." |  |  |
|  | email correspondence | 0.10 |  |
|  | client wants to have another consultation about his employment case evaluation and how it will affect the plan.  client wants to bring in documents about his other contract case. |  |  |
|  | email correspondence | 0.20 |  |
|  | client sends a long email regarding payroll and valuations.  He also wishes me to review his attorney's letter to him about his employment contract case. |  |  |
|  | email correspondence | 0.20 |  |
|  | client wants to know if his wife needs to come to the 341.  he is asking about timing of the meeting and how long it lasts.  I respond that advising him that this was all reviewed with him twice before. |  |  |
|  | draft document | 0.40 |  |
|  | prepare first amended plan |  |  |
| 7/13/2025 | email correspondence | 0.10 |  |
|  | questions about the No Pay Advices affidavit. |  |  |
| 7/18/2025 | 341(a) | 1.20 |  |
|  | 341 meeting attendance with clients and post-mortem in office with clients |  |  |
| 7/29/2025 | email correspondence | 0.10 |  |
|  | client tells me that his employment law attorney will not evaluate the case for the trustee.  wants to know what to do about this situation.  Asks me to go speak with her directly. |  |  |
| 8/11/2025 | email correspondence | 0.10 |  |
|  | email correspondence: clients want to discuss more about the mortgage mod and how it affects the plan |  |  |
|  | email correspondence | 0.20 |  |
|  | client wants to discuss his conversation with Rocket mortgage  He wants me to call the company. |  |  |
|  | email correspondence | 0.30 |  |
|  | client sends me the loan mod package for me to review. |  |  |
| 8/18/2025 | email correspondence | 0.30 |  |
|  | client emails me about the MTD.  I explain to him about the process and how I intend to cure the objection. |  |  |
| 8/19/2025 | email correspondence | 0.10 |  |
|  | client emails about adjusted plan amount. |  |  |
|  | email correspondence | 0.10 |  |
|  | client wants to know more about creditors meeting |  |  |
| 8/21/2025 | email correspondence | 0.10 |  |
|  | client again wants to know about the meeting |  |  |
|  | email correspondence | 0.20 |  |
|  | 2 emails:  more questions about meeting. |  |  |
| 8/26/2025 | telephone call | 0.40 |  |
|  | telephone conference with clients |  |  |
| 8/29/2025 | email correspondence | 0.20 |  |
|  | email correspondence: Client believes that taxes "weren't going to be part of the bankruptcy."  I advised him that they are entitled to priority or secured status in the plan.  Now he wants another in-office conference. |  |  |

|  |  | Hours | Amount |
|---|---|---:|---:|
| 8/29/2025 | telephone call<br>conference call with clients.  Please see below for dial in info for our call on Monday at 2:30pm with my employment law attorney.<br>CONFERENCE CALL NUMBERS  External #   Conference #User Code/Moderator Code  Conference Bridge #1 888-276-9812  6103023-94039 Conference call with clients and employment law counsel. | 0.50 |  |
|  | email correspondence<br>long six paragraph email :  client has many questions regarding alternative methods outside of bankruptcy, the IRS claim and whether of not he can actually afford to continue in chapter 13.  Wants another conference about this. | 0.30 |  |
|  | draft document<br>prepare second amended plan | 0.40 |  |
| 9/2/2025 | email correspondence<br>long email.  client asks for another conference Wants to know about deferred payments in chapter 13.  wants conference on 9/4 | 0.30 |  |
| 9/4/2025 | telephone call<br>phone conference with client.  client wants another phone conference tomorrow. | 0.30 |  |
|  | telephone call<br>call from new counsel asking for file.  told him I do not have a compatible computer file because I do not use Best Case(r) | 0.10 |  |
|  | For professional services rendered | 15.60 | $6,240.00 |
|  | Balance due |  | $6,240.00 |

Please make checks payable to "Lawrence S. Rubin, Attorney".

Questions or inquiries concerning this bill should be directed to this office within thirty days of your receipt hereof. Accounts are payable on receipt unless otherwise agreed.

|  |  |  |
|---|---|---:|
|  | Previous balance of IOLTA Account | $0.00 |
| 5/19/2025 | Client pmt to atty trust acct. Check No. cash | $313.00 |
| 5/22/2025 | reimb | ($313.00) |
|  | New balance of IOLTA Account | $0.00 |